FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2009 JUL -1 PM 4: 11
CLERK_____
SO. DIST. OF GA.

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CR409-110 |
| | ) | |
| **JOHN R. SILVA,** | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER ON MOTION TO REVOKE BOND

Upon consideration of the motion to revoke bond filed by the United States of America,

IT IS HEREBY ORDERED that a warrant be issued for Defendant Silva's arrest, and that a revocation hearing be ~~scheduled for July __, 2009 at ___ a.m.~~ upon his arrest.

This 1st day of July, 2009.

_____
HON. G.R. SMITH
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA